# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| In the matter of: | Case No. **02-02017** |
| **H&W Motor Express Company** | Chapter 7 |
| Debtor(s) | Judge **PAUL J. KILBURG** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) $99,837.72 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| ALAN C. KAMMERER<br>1004 S STARK STREET<br>DAVENPORT, IA 52802 | 303P | $2,141.97 |
| ALBERT METZ<br>1412 MANITOBA AVE<br>MILWAUKEE, WI 53172 | 451P | $2,141.97 |
| ARTHUR J. BRODSACK<br>6830 Viking Rd<br>Cedar Falls, IA 50613 | 475P | $2,141.97 |
| ASA KING III<br>1868 CLAYWOODS PRKWY<br>LIBERTY, MO 64068 | 439P | $2,141.97 |
| AUGUSTIN ALERS<br>5439 S MEADE<br>CHICAGO, IL 60638 | 483 | $1,930.71 |

| | | |
|---|---|---|
| BERNARD D BARRY JR<br>1775 N. GRANDVIEW AVENUE<br>DUBUQUE, IA 52001-5820 | 479P | $2,141.97 |
| CARL GENTEMAN<br>439 N LIBERTY<br>ELGIN, IL 60120 | 515P | $2,141.97 |
| CHUCK OVIATT<br>4722 MONTANA AVE<br>DAVENPORT, IA 52806 | 299P | $2,141.97 |
| DANIEL ALVIN JOHNSON<br>17293 FURUBY RD<br>SHAFER, MN 55074 | 413P | $2,141.97 |
| DANIEL FRANK<br>1025 S HADDOW<br>ARLINGTON HEIGHTS, IL 60005 | 477P | $2,141.97 |
| DANIEL NICE<br>428 E 26TH STREET<br>S SIOUX CITY, NE 68776 | 300 | $609.06 |
| Daniel Nice<br>428 E. 26th Street<br>S Sioux City, NE 68776 | 51 | $609.07 |
| DAVID T. HUNTER<br>709 E STREAMWOOD BLVD<br>STREAMWOOD, IL 60107 | 503P | $1,471.48 |
| DURRELL DAYTON<br>1004 BRIDGE STREET<br>GALENA, IL 61036 | 619 | $1,804.38 |
| FRANCIS  SULLIVAN<br>2406 HULL AVE<br>DES MOINES, IA 50317 | 151 | $850.68 |
| FRANCISCO M. LOPEZ<br>1845 47th St E.<br>Inver Grove Hght, MN 55077 | 703P | $1,880.33 |

| | | |
|---|---|---|
| FRANK CANTWELL<br>321 N. Hickory<br>GARDNER, KS 66030 | 424P | $2,141.97 |
| GARY MARCHAND<br>800 GUTHRIE AVE<br>DES MOINES, IA 50316 | 338 | $1,303.56 |
| GARY PARKER<br>1819 5TH AVE SO<br>CLINTON, IA 52732 | 630P | $2,141.97 |
| GARY VANNESS<br>2746 FAIRMAN AVE<br>STATE CENTER, IA 50247 | 287P | $2,141.97 |
| GLENN PRICE<br>2240 PRAIRIE AVE #124<br>BELOIT, WI 53511 | 495 | $1,057.62 |
| Howard Mortimer<br>2614 Liberty Bell Ct.<br>Wilmington, NC 28411 | 502P | $2,141.97 |
| JAMES H. EXLINE, SR.<br>829 E 28th St.<br>DES MOINES, IA 50317 | 360P | $2,141.97 |
| JAMES SPIRAKES<br>4540 WEST 88TH STREET<br>HOMETOWN, IL 60456 | 710P | $2,141.97 |
| JEFFREY CARR<br>1128 W LOCUST STREET<br>DAVENPORT IA` 52804 | 163 | $1,889.11 |
| JERRY BAY<br>172 PARK FOREST N DRIVE<br>WHITELAND, IN 46184 | 9 | $934.43 |
| JOHN HULKE | 497P | $2,141.97 |

10N 285 NESLER RD
ELGIN, IL 60123

| | | |
|---|---|---|
| JOSEPH TRIMBLE<br>1461 TEMPERANCE AVE<br>INDIANAPOLIS, IN 46203 | 232 | $197.27 |
| LANGE LENORA WERNER<br>7171 WEST 60TH ST #147<br>DAVENPORT, IA 52804 | 292P | $2,141.97 |
| LARRY GEORGE<br>5112 N FAIRMOUNT LOT #250<br>DAVENPORT, IA 52806 | 306P | $2,141.97 |
| LARRY WILLIAMS<br>813 LORETTA AVE<br>WATERLOO, IA 50702 | 340P | $2,141.97 |
| LONNY HARRIS<br>4323 N VIRGINIA<br>KANSAS CITY, MO 64116 | 35 | $394.71 |
| LOUIS J. WHEELER<br>2414-1 WEST COUNTY ROAD D<br>ROSEVILLE, MN 55112 | 329P | $2,141.97 |
| MARTIN BOATMAN<br>504 S PINE<br>NORBONNE, MO 64668 | 435 | $1,363.49 |
| MICHAEL BROKAW<br>613 5TH STREET<br>COLONA, IL 61241 | 308P | $2,141.97 |
| OSCAR NAVARRO<br>615 GRACE DRIVE<br>LAKE IN THE HILLS, IL 60156 | 506P | $2,141.97 |
| PAMELA LODGE<br>4511 NORTHMONT DR<br>PLAINFIELD, IL 60544 | 139P | $2,141.97 |

RAYMOND FREEMAN                                      397P          $2,141.97
1328 5TH AVENUE
DES MOINES, IA 50314


RICHARD HORNER                                        10           $1,331.25
5614 ALCOTT LANE
INDIANAPOLIS, IN 46221


ROBERT CLARK TRAVIS                                  293P          $2,141.97
109 - 11th St.
P.O. Box 291
DeWitt, IA 52742


ROBERT HENNIGAN                                       271          $2,139.21
1319 NIPPERSINK DRIVE
SPRING GROVE, IL 60081


ROBIN BLACKWELL                                      509P          $2,141.97
35691 WILBOR
WARRENVILLE, IL 60555


ROGER HAYNES                                         305P          $2,141.97
821 W CENTRAL PARK AVE
DAVENPORT, IA 52804


ROLAND LEA                                           302P          $2,141.97
1906 30 STREET
MOLINE, IL 61265


RON FINLEY                                            110          $1,932.39
14598 LAKEVIEW CIRCLE
EXCELSIOR SPRINGS, MO 64024


RON FINLEY                                           426P          $2,141.97
14598 LAKEVIEW CIRCLE
EXCELSIOR SPRINGS, MO 64024


RONALD GRIEP                                          196          $1,748.37
5119 SHRANK AVE
INDEPENDENCE, MO 64055


RONALD GROTHE                                        359P          $1,940.11
7405 S 18TH STREET

OMAHA, NE 68147

RYAN THRASHER                                    281              $2,093.36
505 NW OLIVE STREET
LEES SUMMIT, MO 64063


STACY KOHN                                       704               $414.58
525 KAUFMAN AVE
DUBUQUE, IA 52001


STEPHEN SIMMONS                                  442P             $2,141.97
RR 1 POBOX 596
BUTLER, MO 64730


Sylvia Schmitz                                   450             $1,016.80
1065 W. Co. Rd. B2
Roseville, MN 55113


TERO WIEMERO                                     382P            $2,141.97
18615 W. BURLEIGH ROAD
BROOKFIELD, WI 53045


THELMA MAJOR                                     228              $240.74
4210 NE 14TH #31
DES MOINES, IA 50313


TRACY COMPTON                                    408P            $2,141.97
12 KING ARTHUR CT. APT. 6
NORTH LAKE, IL 60164


WILLIAM HOUSTON                                  428P            $2,141.97
4270 SE 69 HWY
LATHROP, MO 64465



             Total  Unclaimed/ Small Dividends $25.00              $0.00
             or under

             Total Unclaimed Dividends Over $25.00           $99,837.72

Dated: 08/11/2017                    /s/ THOMAS L. FLYNN
                                     THOMAS L. FLYNN
                                     6701 WESTOWN PARKWAY, SUITE 100
                                     West Des Moines, IA 50266

Telephone : (515) 274-1450
Facsimile : (515) 274-1488

cc: U.S. Trustee